# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES STEWART | CIVIL ACTION NO. 05-416-P |
| VERSUS | JUDGE HICKS |
| RICHARD STALDER, ET AL. | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Defendants filed an answer (Docs. 24, 25, 32 and 33) to Plaintiff's complaint and amended complaint on December 13, 2005 and January 17, 2006, and an amended answer (Doc. 37) on January 20, 2006. The Memorandum Order (Doc. 6) that ordered service upon Defendants permitted 60 days from the filing of responsive pleadings for all parties to complete discovery. This Court granted the parties an extension until May 30, 2006 to complete discovery. (Doc. 42). Within 30 days thereafter, the parties were allowed to file a motion for summary judgment or a statement of issues that enumerates each genuine issue of material fact perceived by that party which is relevant to this matter. If the case is not capable of resolution through summary judgment, the statement of issues will be used by the Court to determine the necessity for and scope of an evidentiary hearing.

The time for filing motions or statements of issues has passed and neither Plaintiff nor Defendants have complied with the memorandum order. The parties are hereby granted

until **September 6, 2006** to comply with the order by filing a motion for summary judgment or a statement of issues.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 28th day of August 2006.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE