UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES STEWART | CIVIL ACTION NO.05-0416-P |
| versus | JUDGE HICKS |
| RICHARD STALDER, ET AL. | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [Doc. No. 53] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment [Doc. No. 57] is **GRANTED IN PART** in that the claims against Secretary Richard Stalder and Warden Venetia Michael are **DISMISSED WITH PREJUDICE**. The motion is **DENIED** in all other respects.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 19th day of January, 2007.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE