RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8/27/07
BY DM

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES STEWART | CIVIL ACTION NO. 05-0416-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| RICHARD STALDER, ET AL. | MAGISTRATE JUDGE MARK L. HORNSBY |

### JUDGMENT

This action having come on for jury trial on August 20 and 21, 2007, before the undersigned, and the jury having returned a verdict in open court on August 21, 2007,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment herein in favor of defendants, dismissing all claims asserted against them by plaintiff, each party to bear their own costs.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 27th day of August, 2007.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE